UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRYAN KENNEDY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-10277-IT |
| | * | |
| FEDEX GROUND PACKAGE SYSTEMS, INC.; YANNICK HARRIS, | * * | |
| | * | |
| Defendants. | | |

ORDER

March 9, 2023

TALWANI, D.J.

In this action originating in the Superior Court of Massachusetts, Plymouth County, Plaintiff alleged that he resides in Massachusetts, and that Defendant Yannick Harris resides in Hartford, Connecticut. Complaint ¶¶ 1, 3 [Doc. No. 1-2].  On February 2, 2023, Defendants FedEx Ground Package System, Inc., and Harris removed this action on the basis of diversity jurisdiction under 28 U.S.C. § 1332, with Defendants confirming Harris's residence "upon information and belief." Notice of Removal ¶ 4.c [Doc. No. 1]. On March 3, 2023, Harris filed his Answer [Doc. No. 9] denying that he was a Connecticut resident, and the Defendants filed a Notice of Citizenship [Doc. No. 7] informing the court that Harris was a citizen of Massachusetts and not Connecticut at the time the action was commenced and suggesting that Harris's citizenship may divest the jurisdiction of the Court.

Where the parties lacked complete diversity of citizenship under 28 U.S.C. § 1332 at the time the action was commenced, the action is not properly removable under 28 U.S.C. § 1441. The action is hereby REMANDED to the Superior Court of Massachusetts, Plymouth County.

1

The clerk shall promptly return the case to the state court in accordance with Local Rule 81.1(c), without the 30-day period set forth in Local Rule 81.1(d). This case is CLOSED.

    IT IS SO ORDERED.

                                                  /s/ Indira Talwani
                                                United States District Judge